STATE OF NORTH CAROLINA v. LARRY NELSON HEDRICK

No. 6926SC211

(Filed 30 April 1969)

APPEAL by defendant from *Falls, J.,* 30 September 1968 Schedule A Session, MECKLENBURG Superior Court.

Defendant was charged in a bill of indictment with three felony counts: (1) felonious breaking and entering, (2) felonious larceny of goods of a value of $1,675.50, and (3) feloniously receiving stolen goods of a value of $1,675.50.

Defendant, through his counsel in open court, tendered a plea of guilty to the felony of receiving stolen goods of a value of more than $200.00, knowing them to have been previously stolen. The plea was accepted by the State and approved by the presiding judge, and judgment of confinement was entered. Defendant gave notice of appeal.

*Robert Morgan, Attorney General, by Carlos W. Murray, Jr., Staff Attorney, for the State.*

*Alfred F. Welling, Jr., for the defendant.*

BROCK, J.

This appeal presents the face of the record proper for review. Counsel for defendant candidly and appropriately states that his examination of the record discloses no error; with this appraisal we agree. The record on appeal shows that the Court was properly organized and had jurisdiction, the indictment was valid in form, defendant was represented by counsel, defendant entered a plea of guilty to the third count in the bill, and the sentence imposed is within authorized limits.

No error.

CAMPBELL and MORRIS, JJ., concur.